IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANTE TIPPIN                                                                                   PLAINTIFF

v.                              Case No. 4:17-cv-00396 KGB

UNITED PARCEL SERVICE, INC., DAVE
EUSANIO, and JIMMY MCCLURE                                                       DEFENDANTS

## ORDER

Before the Court is plaintiff Dante Tippin's motion to dismiss and to extend time (Dkt. No. 5). Mr. Tippin requests that the Court dismiss his cause of action against Dave Eusanio with prejudice with each party to bear his/its own costs and fees. Mr. Tippin also requests that the Court extend the time for service on Jimmy McClure by 60 days. Defendants have informally communicated to the Court that they do not object to the motion.

For good cause shown, the Court grants the motion (Dkt. No. 5). Mr. Eusanio is hereby dismissed with prejudice from this action, with each party to bear his/its own costs and fees.

Mr. Tippin filed his action on May 1, 2017, in the Circuit Court of Pulaski County, Arkansas, and it was removed to this Court on June 16, 2017. For good cause shown, the Court grants Mr. Tippin's motion to extend time. Mr. Tippin will have 60 days from the entry of this Order to serve Mr. McClure

So ordered this 22nd day of June, 2017.

_____
Kristine G. Baker
United States District Judge