# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DANTE TIPPIN**                                                                 **PLAINTIFF**

**v.**                     Case No. 4:17-cv-00396 KGB

**UNITED PARCEL SERVICE, INC., DAVE**
**EUSANIO, and JIMMY MCCLURE**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that all of the claims in this case are dismissed without prejudice.

So adjudged this the 6th day of July, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge